PROB 12C  
(7/93)

Report Date: April 28, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Orozco-Chavez | Case Number: 0980 2:13CR02065-001 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 19, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Importation of Marijuana, 21 U.S.C. §§ 952 and 960 | | |
| Original Sentence: | Prison 151 days<br>TSR - 36 days | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: March 19, 2012 | |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: March 18, 2015 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/9/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mr. Orozco-Chavez provided a random urine sample on April 16, 2014, that tested presumptive positive for THC. The defendant denied use of any controlled substances at that time. The sample was sent to the lab and confirmed positive on April 22, 2014, for marijuana metabolites. This officer met with Mr. Orozco-Chavez on April 25, 2014, at his residence, and he disclosed he had used marijuana with some friends. |
| 3 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: See violation #2. |

Prob12C
Re: Orozco-Chavez, Jose
April 28, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/28/2014

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

_Robert H. Whaley_
Signature of Judicial Officer

April 29, 2014
Date