PROB 12C
(7/93)

Report Date:  July 22, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Orozco-Chavez          Case Number: 0980 2:13CR02065-001

Address of Offender: ███████ ███████████████

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 19, 2012

| | | |
|---|---|---|
| Original Offense: | Importation of Marijuana, 21 U.S.C. §§ 952 and 960 | |
| Original Sentence: | Prison 151 days<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: March 19, 2012 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: March 18, 2015 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/9/2013 and 4/28/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Mr. Orozco-Chavez provided a random urine sample on the following dates: June 4, 2014, which was presumptive positive for THC and was confirmed positive for THC on June 13, 2014, by laboratory analysis; and again on July 2, 2014, which was presumptive positive for THC and was confirmed positive for TCH on July 8, 2014, by laboratory analysis. |
| 5 | **Special Condition #14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
**Re: Orozco-Chavez, Jose**
**July 22, 2014**
**Page 2**

**Supporting Evidence**: Mr. Orozco-Chavez was terminated from treatment service on June 2, 2014, as he failed to comply with his treatment plan and aborted services. The last contact with the provider was on the dated noted.

6          **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: As noted in violation number 1, the defendant has again used THC in violation of his Court order conditions and his treatment requirements. Additionally, Mr. Orozco-Chavez failed to provide random urine tests on the following dates: May 7, 2014; May 15, 2014; June 12, 2014; May 25, 2014; and July 10, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   | 07/22/2014
| s/Stephen Krous
| Stephen Krous
| U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

Signature of Judicial Officer

July 23, 2014

Date